Herman Krauter, Appellant, Respondent, v. A. Breslauer, Inc., Respondent, Appellant.— Judgment so far as appealed from unanimously affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

James A. Tillman and Daniel E. Finn, as Sheriff of New York County, Appellants, v. The National City Bank of New York, Defendant, Impleaded with Guaranty Trust Company of New York, Respondent.— Judgment and orders unanimously affirmed, with costs to the respondent against the appellant James A. Tillman. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Samuel Altman, Respondent, v. National Dyeing & Printing Company, Appellant.— Judgment reversed with costs and judgment directed in favor of the defendant on the merits dismissing the complaint with costs, upon the ground that the credible evidence not only precludes any recovery on express or implied warranty, but also clearly indicates that the goods were purchased " as is " after a full and complete inspection by the plaintiff. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. Untermyer and Dore, JJ., dissent and vote for affirmance.

In the Matter of the Application of Hugh Emmett McGrane, Dismissed Probationary Officer, Respondent, for a Peremptory Mandamus Order against Lewis J. Valentine, Police Commissioner of the City of New York, Appellant.— Orders unanimously reversed with twenty dollars costs and disbursements and motions denied. The matter of the reinstatement of the petitioner under section 1543-d of the Greater New York Charter was solely within the discretion of the police commissioner, even though the necessary consent of the mayor was obtained. The record clearly indicates that there was no abuse of discretion in the denial of petitioner's application for reinstatement. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

Kate Nathanson and Max Nathanson, Respondents, v. Abraham Garvar and Mary Garvar, Appellants.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion to dismiss the complaint for lack of prosecution granted. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

Lena Neuberger, Respondent, v. Moritz Neuberger, Appellant.— Order unanimously reversed and motion denied. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

Michael P. Kosolapoff, Respondent, v. Moscow Fire Insurance Company, Appellant, United States of America, Intervener, Appellant, Catherine Ilovaisky and Others, Interveners, Appellants.— Orders unanimously reversed, with twenty dollars costs and disbursements, and motions granted. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.